PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hareem Outing                       Cr.: 04-00798-004
                                                                                   PACTS #: 40626

Name of Sentencing Judicial Officer: Honorable John W. Bessell/ Judge Designate

Date of Original Sentence: 07/20/05

Original Offense: Conspiracy to Possess and Distribute Heroin

Original Sentence: 120 months imprisonment followed by a three-year-term of supervised release

Type of Supervision: Supervised Release              Date Supervision Commenced: 06/09/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to refrain from illegal drug use. On September 18, 2012, and November 27, 2012, he tested positive for PCP use. The offender claims that drug use alleviates his symptoms of anxiety. |

U.S. Probation Officer Action:

Following the first positive PCP result, we referred the offender for meetings at Narcotics Anonymous (NA). Based on the second PCP positive, we are referring Outing for outpatient individual and group mental health and drug counseling at COPE in Montclair, NJ. We will keep the Court informed of any continued noncompliance.

                                                       Respectfully submitted,
                                                       Maureen Kelly
                                                       By: Kellyanne Kelly
                                                           Senior U.S. Probation Officer
                                                       Date: 01/03/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                                                      Signature of Judicial Officer

                                                                      Date